UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION


Michael Kokoski,
  Petitioner

v.             Case No.  1:09-cr-145
                 (1:12-cv-153)

United States of America,
  Respondent


**ORDER**


 This matter is before the Court on Petitioner's Motion to Vacate, Correct, or Set Aside Sentence pursuant to 28 U.S.C. § 2255 (Doc. 67).

 It is **ORDERED** that the Clerk serve a copy of this Order upon the United States Attorney, such service to constitute notice to answer or otherwise plead to the complaint pursuant to Rule 4(b) and 5 of the rules governing Section 2255, no later than March 19, 2012.


Date: February 27, 2012         s/Sandra S. Beckwith
                   Sandra S. Beckwith, Senior Judge
                   United States District Court